UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 04-cr-00213-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

1. KENNETH HEALD,

    Defendant.

**FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS
FOR ORDER OF DETENTION**

    This matter comes before the court on a Petition on Probation and Supervised Release and Warrant for Arrest of Probationer/Supervised Releasee. The Petition alleges that since on or about September 15, 2005 the defendant has violated various terms and conditions of his supervised release. The defendant was arrested on July 20, 2006. During a hearing on July 24, 2006, the defendant waived his right to a preliminary hearing under Rule 32.1 of the Federal Code of Criminal Procedure. Based upon the facts alleged in the Petition and in light of the defendant's waiver, the court finds that probable cause exists to believe that the defendant violated one or more conditions of his release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

    In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Probation and Supervised Release and the presentence investigation report. I have also considered defense counsel's statement that his client does not contest the government's request for detention. Under the circumstances, I find that the defendant has not sustained his burden of establishing that he will not flee or pose a danger to the safety of any other person or the community. On the record before the court, I find that no condition or combination of conditions of release will reasonably assure the appearance of the defendant or assure the safety of the community.

    It is hereby ordered that the Defendant is committed to the custody of the Attorney General or their designated representative for confinement in a corrections facility;

    It is further ordered that the Defendant is to be afforded a reasonable opportunity to consult confidentially with defense counsel; and

It is further ordered that upon order of this Court or on request of an attorney for the United States of America, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with this proceeding.

Counsel are ordered to contact the Chambers of Chief Judge Babcock by no later than July 28, 2006 to schedule the revocation hearing.

Dated this 26th day of July, 2006.

BY THE COURT:

s/Gudrun Rice

_____
Gudrun Rice
United States Magistrate Judge