# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number:  04-cr-00213-LTB-01 |
| KENNETH E. HEALD | USM Number: 32628-013 |
| | Edward J. Nugent, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Failure to Refrain From the Use, Possession, or Purchase of any Controlled Substance or any Paraphernalia Related to any Controlled Substance, Except as Prescribed by a Physician | 06/08/06 |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 15, 2006
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Chief U.S. District Judge
Name & Title of Judge

September 25, 2006
Date

DEFENDANT:  KENNETH E. HEALD
CASE NUMBER:  04-cr-00213-LTB-01                                                            Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Participate in a Program of Testing for Drug and Alcohol Abuse, as Directed by the Probation Officer | 06/18/06 |
| 3 | Failure to Participate in a Program of Treatment for Drug and Alcohol Abuse, as Directed by the Probation Officer | 09/20/05 |
| 4 | Failure to Abstain from the Use of Alcohol During the Course of Treatment | 05/24/06 |
| 5 | Failure to Obtain Permission of his Probation Officer Prior to Leaving the Judicial District | 05/11/06 |
| 6 | Failed to Notify the Probation Officer at Least Ten Days Prior to any Change in Residence or Employment | 06/23/06 |
| 7 | Failed to Answer Truthfully all Inquires by the Probation Officer and Follow the Instructions of the Probation Officer | 01/10/06 |
| 8 | Failed to Pay $100 Special Assessment | 10/15/04 |

DEFENDANT:  KENNETH E. HEALD
CASE NUMBER:  04-cr-00213-LTB-01                                                              Judgment-Page 3 of 5

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.

     The court recommends that the Bureau of Prisons credit defendant with 57 days spent in official detention before sentencing.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  KENNETH E. HEALD
CASE NUMBER:  04-cr-00213-LTB-01                                                                 Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 through 8 | $100.00 | $0.00 | $0.00 |
| **TOTALS** | $100.00 | $0.00 | $0.00 |

DEFENDANT:  KENNETH E. HEALD
CASE NUMBER:  04-cr-00213-LTB-01                                                                      Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The special assessment shall be due and payable immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.